# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

15-6002

**PATRICIA FOLEY-HINNEN,**
*Petitioner*

**v.**

**GOVERNMENT ACCOUNTABILITY OFFICE,**
*Respondent*

Appeal from the Government Accountability Office, Personnel Appeals Board in case no. 11-03

## MANDATE

In accordance with the judgment of this Court, entered April 08, 2016, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

cc: John A. Bielec
Government Accountability Office
Joan M. Hollenbach
Domenique Grace Kirchner
Lincoln Schroth
Marisa L. Williams